✎AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF MA

| United States | **EXHIBIT AND WITNESS LIST** |
|---|---|
| V. | |
| Ricardo Green | Case Number:  04-1666-CBS |

| PRESIDING JUDGE<br>Charles B. Swartwood, III | PLAINTIFF'S ATTORNEY<br>Cabel | DEFENDANT'S ATTORNEY<br>Watkins |
|---|---|---|
| TRIAL DATE (S)<br>1/9/04 | COURT REPORTER<br>3:10 p | COURTROOM DEPUTY<br>Bachrach |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | Witnesses |
| X | | 2/26/2004 | | | Lisa Rudnicki, Special Agent ATF |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | Exhibits |
| 1 | | 2/26/2004 | X | X | Complaint Affidavit |
| 2 | | 2/26/2004 | X | X | Reports concerning firearm |
| 3 | | 2/26/2004 | X | X | Copies of Photographs of firearm |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages