```
              UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS
```

|  |  |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>RICARDO GREEN | )<br>)  **04 CR 10107-MLW**<br>)  CRIMINAL NO.<br>)  VIOLATION:<br>)  18 U.S.C. § 922(g)(1)-<br>)  Felon in Possession of<br>)  a Firearm |

## INDICTMENT

COUNT ONE:    (18 U.S.C. § 922(g)(1) -- Felon in Possession of
              a Firearm and Ammunition)

The Grand Jury charges that:

On or about October 27, 2003, at Boston, in the District of Massachusetts,

RICARDO GREEN,

defendant herein, having previously been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess in and affecting commerce a firearm and ammunition, to wit:  a Bryco brand, .380 caliber semi-automatic pistol with a partially obliterated serial number, and various rounds of ammunition.

All in violation of Title 18, United States Code, Section 922(g)(1).

A TRUE BILL

*(signature)*
FOREPERSON OF THE GRAND JURY

*(signature)*
DONALD L. CABELL
Assistant U.S. Attorney

DISTRICT OF MASSACHUSETTS      @ 11:45 A.M.,    Apr. 07, 2004

Returned into the District Court by the Grand Jurors and filed.

*(signature)*
Deputy Clerk