```
                    UNITED STATES DISTRICT COURT

                     DISTRICT OF MASSACHUSETTS
```

UNITED STATES OF AMERICA        )
                                )
        v.                      )   CRIMINAL NO. 04-10107-MLW
                                )
RICARDO GREEN                   )


<u>JOINT MEMORANDUM PURSUANT TO LOCAL RULE 116.5(A)</u>
<u>REGARDING STATUS CONFERENCE BEFORE MAGISTRATE-JUDGE</u>

Now comes the defendant and the United States through the undersigned attorneys and jointly file this memorandum to address the issues set forth in District of Massachusetts Local Rule 116.5(A) as follows:

(1) Neither party requests relief from the timing requirements;

(2) The defendant has requested expert discovery and the government has disclosed expert information. The government will disclose any expert witnesses 21 days before trial and defendant will disclose expert witnesses, if any, 7 days before trial.

(3) Neither party anticipates providing additional discovery;

(4) No substantive motions, as defined by Fed. R. Crim. P. 12©), are anticipated;

(5) The parties agree that a prior Order of the Court excluded the time from arraignment until April 28, 2004. The parties further agree that the government provided automatic discovery as of May 17, 2004, and that the time period after that date and up to the date of the initial status conference date of May 26, 2004 should be excluded because the parties have been actively engaged in plea negotiations. Consequently, 52 days remain under the Speedy Trial Act.

(6) Negotiations to resolve the case short of trial are ongoing. Trial, if necessary, is anticipated to take one week.

(7) The parties request that a Final Status Conference be scheduled during the week of June 14, 2004.

Additionally, the parties request that because they are in agreement on all discovery issues, are actively engaged in plea negotiations and the only outstanding issue is the scheduling of a trial date, this Court waive the Initial Status Conference now scheduled for May 26, 2004 and instead schedule a Final Status Conference on whatever date is convenient to the Court during the week of June 14, 2004.  The parties further agree that the period commencing May 26, 2004 up to and including the scheduled date of the Final Status Conference is excludable from calculations under the Speedy Trial Act as it is in the interests of justice to allow the parties to complete plea negotiations.

Respectfully submitted,

| | |
|---|---|
| MICHAEL SULLIVAN | RICARDO GREEN |
| UNITED STATES ATTORNEY | By His Attorney, |
| | |
| /s/ Timothy Watkins o/b/o | /s/ Timothy Watkins |
| Donald L. Cabell | Timothy G. Watkins |
| Assistant United States Attorney | Federal Defender Office |
| United States Courthouse | 408 Atlantic Ave. 3rd Floor |
| Suite 9200 | Boston, MA  02110 |
| 1 Courthouse Way | Tel: 617-223-8061 |
| Boston, MA 02210 | |
| Tel: 617-748-3105 | |