```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
```

|  |  |
|---|---|
| UNITED STATES OF AMERICA, )<br>  )<br>        v.              )<br>  )<br>RICARDO GREEN,            )<br>        Defendant,        )<br>_____) | CRIMINAL ACTION<br>NO. 04-10107-MLW |

**INITIAL STATUS REPORT**
**June 2, 2004**

**SWARTWOOD, M.J.**

The following is an Initial Status Report to Wolf, J. to whom this case is assigned:

1. <u>Plea Negotiations</u>

The parties are involved in plea negotiations and have requested a short continuance to complete those negotiations. I have granted that request.

2. <u>Further Status Conference</u>

A further status conference shall be held in this case on <u>June 18, 2004, at 9:30 a.m., in Courtroom 16, Fifth Floor, John Joseph Moakley United States Courthouse, 1 Courthouse Way, Boston, Massachusetts</u>.

3. <u>Excludable Time</u>

I am excluding from the Speedy Trial Act, the period from April 28, 2004 (date of expiration of prior order of excludable

time) through June 18, 2004 (date by which plea negotiations should be completed).  Therefore, assuming no further order of excludable time under the plan for prompt disposition of criminal cases, this case must be tried on or before <u>Friday, August 27, 2004</u>.

                                                    <u>/s/Charles B. Swartwood, III</u>  
                                                    CHARLES B. SWARTWOOD, III  
                                                    MAGISTRATE JUDGE