```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA      )
                              )
        v.                    )
                              )
RICARDO GREEN                 )     CR. NO. 04-10107-MLW
                              )
```

### JOINT STATUS MEMORANDUM
### PURSUANT TO LOCAL RULE 116.5(C)

Pursuant to Local Rule 116.5(C), the United States and Defendant Ricardo Green (collectively, the "parties") state as follows:

(1) There are no outstanding discovery issues that need to be resolved by the court.

(2) With the exception of one audiocassette which the government is in the process of obtaining for the defendant, discovery is complete. The defendant intends to file a motion with the court to modify the conditions of a protective order the court previously issued with respect to certain materials provided to the defendant, so that counsel may share certain materials with the defendant.

(3) The parties have been engaged in ongoing, good-faith discussions regarding resolution of the case but it is presently unclear whether the case will be resolved by way of a plea or trial. In any event, the defendant does not presently intend to raise a defense of insanity or public authority.

(4) The defendant does not presently intend to offer an alibi.

(5) It is unclear but defendant may file one or more dispositive motions relating to the seizure of evidence.

(6) In light of the foregoing, the parties request that the court convene a final status conference in mid-August of 2004.

(7) In addition to time previously excluded by the Court, the parties propose that the Court exclude the time period from June 18, 2004, the date the parties' final status conference was to be held, through the time of the parties' final status conference.

| | |
|---|---|
| RICARDO GREEN | MICHAEL J. SULLIVAN |
| By Her Attorney | United States Attorney |
| | By: |
| /s/ Timothy Watkins | /s/DonaldL.Cabell |
| TIMOTHY WATKINS, ESQ. | DONALD L. CABELL |
| Federal Defender Office | Assistant U.S. Attorney |
| 408 Atlantic Avenue, 3rd floor | U.S. Courthouse |
| Boston, MA 02210 | 1 Courthouse Way |
| (617) 223-8061 | Suite 9200 |
| | Boston, MA 02210 |
| | (617) 748-3105 |

June 17, 2004