UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) CRIMINAL ACTION |
| | ) NO. 04-10107-MLW |
| RICARDO GREEN, | ) |
| Defendant, | ) |

STATUS REPORT
August 30, 2004

SWARTWOOD, M.J.

The following is a Status Report to Wolf, J. to whom this case is assigned:

1. Discovery and Plea Negotiations

Counsel for the parties have requested additional time for the Government to produce several items of discovery and for the parties to conclude plea negotiations. I have granted that request.

2. Further Status Conference

A further status conference shall be held in this case on September 21, 2004, at 2:15 p.m., in Courtroom 1, Fifth Floor, Donohue Federal Building, United States Courthouse, 595 Main Street, Worcester, Massachusetts.

3. Excludable Time

With the assent of counsel for the parties, I am excluding

from the Speedy Trial Act, the period from June 18, 2004 (date of expiration of prior order of excludable time) through September 21, 2004 (date by which both discovery and plea negotiations will be concluded). Therefore, assuming no further order of excludable time under the plan for prompt disposition of criminal cases, this case must be tried on or before <u>Tuesday, November 30, 2004</u>.

/s/Charles B. Swartwood, III
CHARLES B. SWARTWOOD, III
MAGISTRATE JUDGE