```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF MASSACHUSETTS
```

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | **CRIMINAL ACTION** |
| ) | **NO. 04-10107-MLW** |
| RICARDO GREEN, ) | |
| Defendant, ) | |

**FINAL STATUS REPORT**
September 22, 2004

**SWARTWOOD, M.J.**

The following is a Final Status Report to Wolf, J. to whom this case is assigned:

1. <u>Discovery</u>

Counsel for Mr. Green has requested and the Government has agreed to provide an audio tape of a witness if that tape can be located. Otherwise, discovery is complete and there are no outstanding issues.

2. <u>Substantive Motions</u>

Counsel for Mr. Green may file a motion to suppress and if he decides to file such a motion, it shall be filed by October 13, 2004 and the Government shall file its opposition to that motion by October 28, 2004.

3.  <u>Trial</u>

The parties anticipate that this case will be tried and that the trial will take five days.

4.  <u>Defenses</u>

Mr. Green does not intend to present an alibi, public authority or insanity defense.

5.  <u>Interpreter</u>

None needed.

6.  <u>Excludable Time</u>

I have previously excluded from the Speedy Trial Act, the entire period from date of arraignment through September 21, 2004. With the assent of counsel for the parties, I am further excluding from the Speedy Trial Act, the period from September 21, 2004 (date of expiration of prior order of excludable time) through October 28, 2004 (date by which the Government shall file its opposition to Mr. Green's motion to suppress). Therefore, assuming no further order of excludable time under the plan for prompt disposition of criminal cases, this case must be tried on or before <u>Thursday, January 6, 2005</u>.

/s/Charles B. Swartwood, III
CHARLES B. SWARTWOOD, III
MAGISTRATE JUDGE