UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 04-10107-MLW |
| | ) | |
| RICARDO GREEN | ) | |

## JOINT MOTION FOR A RULE 11 HEARING

Defendant, Ricardo Green, and the government, by and through their respective attorneys, respectfully move that this Court schedule a Rule 11 Hearing at the Court's earliest convenience. As reasons therefore, the parties state that the Magistrate Judge previously set October 28, 2004 as the deadline by which any substantive motions should be filed, excluded time up to and including that date, and returned the case to the district court. Defendant will not be filing any substantive motions. Instead, defendant has indicated his desire to plead guilty expeditiously. No plea agreement is anticipated.

Respectfully submitted:

| | |
|---|---|
| RICARDO GREEN | MICHAEL J. SULLIVAN |
| By his attorney, | United States Attorney |
| | |
| /s/ Timothy G. Watkins | /s/ Timothy G. Watkins o/b/o |
| Timothy G. Watkins | Donald L. Cabell |
| Federal Defender Office | Assistant U.S. Attorney |
| 408 Atlantic Avenue, 3rd Floor | 1 Courthouse Way, 9th Floor |
| Boston, MA  02110 | Boston, MA 02210 |
| Tel: 617-223-8061 | Tel.: 617-748-3105 |