UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

<u>**UNITED STATES**</u>                                         <u>**CRIMINAL  CASE**</u>

                                                             <u>**NO. 04-10107-MLW**</u>

  **V.**

**<u>RICARDO GREEN</u>**
        **Defendant(s)**

## <u>NOTICE OF HEARING</u>

**<u>WOLF, D.J.</u>**

    PLEASE TAKE NOTICE that the above-titled case has been set for a RULE 11 HEARING on <u>NOVEMBER 4, 2004</u> at 11:00 A.M. before Judge Wolf in Courtroom # <u>10</u> on the <u>5th</u> floor.

                                                             **TONY ANASTAS**
                                                             **CLERK OF COURT**

<u>**October 27, 2004**</u>                             **By:   /s/ Dennis O'Leary**
    **Date**                                              **Deputy Clerk**

**Notice to:**
(crim-notice.wpd - 7/99)                                    [ntchrgcnf.]
                                                            [kntchrgcnf.]