UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO.   CR04-10107

| United States | Ricardo Green |
|---|---|
| PLAINTIFF | DEFENDANT |

| Donald Cabell | Timothy Watkins |
|---|---|
| COUNSEL FOR PLAINTIFF | COUNSEL FOR DEFENDANT |

JUDGE  Wolf         CLERK  O'Leary                REPORTER  Twomey

## CLERK'S NOTES

| DATES: | Change of Plea Hearing |
|---|---|
| 11/4/04 | Defendant takes the stand and is sworn. Plea colloquy given. Government states the maximum penalty for the one count indictment. Plea colloquy resumes. Government summarizes the evidence it would present had the case gone to trial. Defendant leads guilty to count one. Court accepts the defendant's plea and orders the clerk to enter the same. Sentencing set for 2/2/2005 at 3:00. Sentencing procedural order to issue. Defendant is remanded to the custody of the US Marshals. |