UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 04-10107-MLW |
| | ) | |
| RICARDO GREEN | ) | |

MOTION TO ENLARGE TIME TO FILE SENTENCING MEMORANDUM

Defendant, Ricardo Green, respectfully moves that this Court allow an additional week to file his sentencing memorandum. As reasons therefor, defendant states that sentencing is scheduled for February 2, 2005. The Probation Department as issued its draft Presentence Report and the parties have submitted comments and objections. According to the Court's procedural Order, the parties were to file sentencing memoranda two weeks prior to sentence; in the instant matter, that date should have been January 19, 2005.

After release of the Presentence Report, however, the Supreme Court issued its decision in United States v. Booker, __ U.S. __, 2005 LEXIS 628 (January 12, 2005). Booker dramatically changed federal sentencing analysis and district courts have already divided on the effect of the decision on sentencing practice. Compare United States v. Wilson, Dkt. No. 03-0882 (D.Utah, January 13, 2005)(Cassell, J.)(guidelines should be accorded "considerable weight" and employed in all but unusual cases) with United States v. Ranum, Dkt. No. 04-0031 (D.Wisc,

January 19, 2005)(Adelman, J.)(scope of §3553(a) factors permits wider inquiry into defendant's history and characteristics than does the guidelines). The case law continues to develop rapidly in the wake of the Supreme Court's decision.

Defendant's case presents potentially difficult and important issues concerning the application of Booker's rule. Defendant therefore requests a short extension of time to thoroughly and completely brief the issue as it affects defendant's sentencing. Such an extension would thus allow the Court to reach a reasoned and just sentence based on a full analysis of the Supreme Court's decision.

Defendant does not object to allowing additional time for the government's response.

>                    RICARDO GREEN
>                    By his Attorney,
>
>
>                    /s/ Timothy G. Watkins
>                    Timothy G. Watkins
>                      B.B.O. #567992
>                    Federal Defender Office
>                    408 Atlantic Avenue, 3rd Floor
>                    Boston, MA  02110
>                    Tel: 617-223-8061