**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

**UNITED STATES**                                    **CRIMINAL  CASE**
                                                      **NO. 04-10107-MLW**

             **V.**

**RICARDO GREEN**
             **Defendant(s)**

**NOTICE OF CANCELLATION/RESCHEDULING**

**WOLF, D.J.**

1)    The **SENTENCING HEARING** before Judge **Wolf**, **ORIGINALLY SCHEDULED** for **February 2, 2005** at **3:00 PM** has been **RESCHEDULED** to **FEBRUARY 18, 2005** at **3:00 P.M.** in Courtroom **# 10** on the **5th** floor.

2)    If the parties would like to file any motions or other pleadings for the court to consider at sentencing they shall be filed by **FEBRUARY 4, 2004.** Any responses shall be filed by **FEBRUARY 11, 2004.**

3)    Not less than five business days before the sentencing hearing, counsel are to advise the clerk if counsel for either party contends that an evidentiary hearing is necessary, and shall advise the clerk of the amount of time counsel expects would be required to complete the hearing.

                                                      **TONY ANASTAS**
                                                      **CLERK OF COURT**

**January 27, 2005**                          **By:    /s/ Dennis O'Leary**
            **Date**                                  **Deputy Clerk**
**Notice to:**
**(crim-dispo-cancel.wpd - 7/99)**                    **[ntchrgcnf.][kntchrgcnf.]**