# EXHIBIT

# A

## BALLISTICIAN'S OFFICE

B.U. CASE # 03-0930        CC#: 030581758

I, MARTIN LYDON, having testified and been qualified a ballistic expert in Suffolk Superior Court and U.S. District Court, examined the following gun:
a .380 BRYCO MODEL: BRYCO 38 PISTOL, SEMI-AUTOMATIC

Serial#: 1287962

Remarks: WITH 1 MAGAZINE WITH A CAPACITY OF SIX ROUNDS OF .380 CALIBER AMMUNITION

Submitted to this unit on 10/28/2003
and having successfully test fired a shot, it is in my opinion a firearm as defined in Chapter 140, Section 121.

_____
(Ballistician, Boston Police Department)

Subscribed and sworn to before me on 10/28/2003 12:43:06 PM.
I know this subscriber to be a qualified ballistics expert of the Boston Police Department.

_____
(Notary Public)

My Commision Expires _____

STEVEN FAULKNER
Notary Public
Commonwealth of Massachusetts
My Commission Expires
December 23, 2008

http://bpdappsvr1/ballistics/rpt_weapon_report.asp?WEAPON_ID=100757        10/28/03