UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 04-10107-MLW |
| | ) | |
| RICARDO GREEN | ) | |

DEFENDANT'S MOTION FOR LEAVE TO FILE
SENTENCING MEMORANDUM TWO DAYS LATE

Defendant, Ricardo Green, moves this Court grant leave to file his Sentencing Memorandum and Motion for Downward Departure two days late.

As reasons therefore, the defendant through counsel states the following:

1. Sentencing in this matter is presently scheduled for Friday, February 18, 2005 at 3:00 p.m.

2. The Court's Procedural Order requires that memoranda supporting sentencing recommendations or departure from the guideline range to be filed two weeks in advance of the sentencing hearing.

3. The accompanying memorandum addresses issues arising under the Supreme Court's recent decision in United States v. Booker, 543 U.S. _____, 2005 LEXIS 628 (January 12, 2005). Legal research supporting the memorandum has been unusually complicated as a result of the rapidly evolving case law interpreting Booker.

4. Moreover, Booker potentially applies to nearly every pending case and recently completed case in counsel's caseload. The complexities of the fallout of the Booker decision has strained an already heavy caseload carried by the Federal Defender Office as a whole and undersigned counsel in particular.

Wherefore, the defendant submits that good cause has been shown and respectfully requests that this Court grant leave to file the accompanying Sentencing Memorandum two days late.

>RICARDO GREEN
>By his attorney,
>
>
>/s/Timothy Watkins
>Timothy Watkins
>  B.B.O. #567992
>Federal Defender Office
>408 Atlantic Ave., Third Floor
>Boston, MA  02110
>Tel: 617-223-8061