UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO.   CA04-10107

| United States | Ricardo Green |
|---|---|
| PLAINTIFF | DEFENDANT |
| Donald Cabell | Timothy Watkins |
| COUNSEL FOR PLAINTIFF | COUNSEL FOR DEFENDANT |

JUDGE   Wolf            CLERK   O'Leary            REPORTER   Twomey

CLERK'S NOTES

| DATES: | Sentencing Hearing |
|---|---|
| 2/18/05 | Court adopts all factual statements contained in the pre-sentence report without objection. Accordingly the sentencing guidelines are as follows: TOL 23, CH III, 57-71 months custody, 24-36 months supervised release, $10K - $100K fine and $100 special assessment fee. Government recommends a sentence of 64 months custody, 36 months supervised release, $10K fine and $100 special assessment fee. Defendant recommends a sentence of 30 months custody. Defendant addresses the court. Formal sentencing: 57 months custody, with the judicial recommendation that the defendant serve his sentence in a facility as close to New Jersey as possible and that the defendant participate in a BOP drug treatment program, including the 500 hour program, followed by 36 months supervised release on the standard conditions plus not associate with known felons, not possess a firearm or other dangerous weapon, participate in a drug treatment/testing program as prescribed by probation which could include up to 104 drug tests per year, must cooperate in the collection of a DNA sample. Court imposes no fine, but does impose the mandatory $100 special assessment fee. Defendant advised of his rights to appeal and to counsel while on appeal. |