Prob12B
(7/93)

# United States District Court
## for the District of Massachusetts

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
(Probation Form 49, Waiver of Hearing is Attached)

**Name of Offender:** Ricardo Green                     **Case Number:** 04 CR 10107 - 001 - MLW

**Name of Sentencing Judicial Officer:** Honorable Mark L. Wolf, Chief U.S. District Judge

**Date of Original Sentence:** February 18, 2005

**Original Offense:** Felon in Possession of a Firearm

**Original Sentence:** 57 months of imprisonment followed by 36 months of supervised release

**Type of Supervision:** Supervised Release      **Date Supervision Commenced:** January 17, 2008

---

## PETITIONING THE COURT

[ ]   To extend the term of supervision for years, for a total term of years
[X]   To modify the conditions of supervision as follows:


**(1) The defendant shall serve 30 days in home detention with electronic monitoring. He shall be responsible to pay for the cost of the monitoring.**


## CAUSE

According to a Boston Police Department Incident Report dated February 11, 2008, Mr. Green was observed operating a motor vehicle that failed to stop for a traffic signal. Officers performed a motor vehicle stop and asked Mr. Green for his license and registration and Mr. Green stated that he did not have a license. Officers then determined that Mr. Green was operating a rented vehicle and he was not an authorized user. Mr. Green was placed under arrest for (1) Operating with a Suspended License; and (2) Using a Motor Vehicle without Authority. On April 14, 2008, Mr. Green appeared in Dorchester District Court to address these charges. Both charges were Continued Without a Finding (CWOF) and Mr. Green was sentenced to six (6) months of probation.

It is the belief of the U.S. Probation Office that this modification is an appropriate sanction and assists in the ongoing supervision of Mr. Green. A **Waiver of Hearing to Modify Conditions of Supervised Release** was voluntarily signed by Mr. Green and has been included with this request.

Prob 12B                                    - 2 -                           **Request for Modifying the**
                                                                     **Conditions or Terms of Supervision**
                                                                          **with Consent of the Offender**

Reviewed/Approved by:                                Respectfully submitted,

 /s/ Joseph LaFratta                                 /s/ Matthew W. Ball
Joseph LaFratta                                      Matthew W. Ball
Supervising U.S. Probation Officer                   U.S. Probation Officer
                                                     Date: May 14, 2008

**THE COURT ORDERS**
[ ]   No Action
[ ]   The Extension of Supervision as Noted Above
[ ]   The Modification of Conditions as Noted Above
[ ]   Other

                                                     _____
                                                     Signature of Judicial Officer

                                                     _____
                                                     Date